975 F.2d 1550
 1992-2 Trade Cases P 69,954
 Miller (Ralph J., M.D.)
v.
Indiana Hospital, Hild (Henry), Smith (Donald), McMillen
(William), Simpson (John), Barbor (Thomas), Jack (Samuel,
Jr.), Hildebrand (C. Fred, Mrs.), Weyandt (Wanda M., Mrs.),
McCreary (Harry), Johnston (C. Wilmer), Evans (George),
Brody (Donald), Reschini (Roger), Kovalchick (Joseph), Evans
(William, M.D., Melvin, M.D.), Goldstrohm (Robert), Hughes
(David), Waldo (Ralph), Hanna (Herbert), Freda (Richard),
Weiner (Frank), Mitchell (Henry)
 NO. 92-3147
 United States Court of Appeals,
Third Circuit.
 Aug 11, 1992
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.